UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MELANIE FAIZER
Plaintiff,

v.

No. 3:24-CV-00190

TENNESSEE VALLEY AUTHORITY,
Defendant.

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.4, Sydney D. Nenni, a member of the bar of the United States District Court for the Eastern District of Tennessee, hereby enters her appearance in this civil action as an attorney representing Defendant Tennessee Valley Authority.

Respectfully submitted,

s/Sydney D. Nenni
David D. Ayliffe (TN BPR 024297)
Associate General Counsel
Steven C. Chin (TN BPR 030011)
Sydney D. Nenni (TN BPR 038898)
TVA GENERAL COUNSEL OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone  865.632.6533
sschaefer0@tva.gov

Attorneys for Tennessee Valley Authority

1

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

*s/Sydney D. Nenni*
Attorney for Tennessee Valley Authority
