UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



**RECEIVED**
JUN 2 1 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

MELANIE FAIZER,

    Plaintiff,

v.

    Case No. 3:24-cv-190-TAV-DCP

TENNESSEE VALLEY AUTHORITY,

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Carpenter Creek LLC, an intervening party, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

[✓] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the DISTRICT court is attached.

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2024/06/20

_____
(Signature–hand signed)

Name: YICHU YUAN
Firm: Morrow Ni LLP
Address:

    502 Second Avenue, 14th Floor Seattle, WA 98104

Email address: lawrence@moni.law

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

_____LAWRENCE YICHU YUAN_____, Bar # _____6012512_____

was duly admitted to practice in the Court on

_____November 02, 2023_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.          On        _____June 20, 2024_____
          New York, New York

_____Daniel Ortiz_____         By    s/ *Samantha Gonzalez*
     Acting Clerk of Court                        Deputy Clerk